# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2017

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154995(15)

FOSTERS SPORTSMEN'S CLUB,
      Appellant,

v

TOWNSHIP OF TAYMOUTH,
      Appellee.

_____/

SC: 154995
COA: 333451
Saginaw CC: 15-026157-AV

On order of the Chief Justice, the motion of appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before February 21, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2017



Clerk